S92G1275. SILER et al. v. BLOCK et al.
(429 SE2d 523)

BENHAM, Justice.

We granted certiorari to the Court of Appeals to determine whether OCGA § 9-3-73 (c), the medical malpractice statute of repose, bars the re-filing of this action pursuant to OCGA § 9-2-61 within six months following a voluntary dismissal. This court recently answered that question adversely to appellant in *Wright v. Robinson*, 262 Ga. 844 (426 SE2d 870) (1993). As the decision in *Wright* controls herein, we affirm the judgment of the Court of Appeals, which affirmed the trial court's grant of summary judgment to appellees/defendants.

*Judgment affirmed. All the Justices concur.*

DECIDED MAY 3, 1993 —
RECONSIDERATIONS DENIED JUNE 18, 1993 AND JULY 15, 1993.

*William Q. Bird,* for appellants.

*Long, Weinberg, Ansley & Wheeler, Robert G. Tanner, Mark E. Robinson,* for appellees.

*Stephens & Shuler, Charles W. Stephens, Franklin, Taulbee, Rushing & Bunce, Elizabeth F. Bunce, William S. Stone,* amici curiae.